JOANNE L. FRANCISCUS (CA Bar
No. 234831)
JoanneF@lassd.org
Gilberto Vera (CA Bar No. 296817)
GilbertoV@lassd.org
LEGAL AID SOCIETY OF SAN
DIEGO, INC.
110 S. Euclid Avenue
San Diego, California 92114
Telephone: (877) 534-2524 x2663
Facsimile: (619) 263-5697

NISHA N. VYAS (CA Bar No.
228922)
nvyas@wclp.org
LORRAINE LÓPEZ (CA Bar No.
273612)
RICHARD ROTHSCHILD (CA Bar
No. 67356)
rrothschild@wclp.org
WESTERN CENTER ON LAW AND
POVERTY
3701 Wilshire Blvd. #208
Los Angeles, California 90010
Telephone: (213) 487-7211
Facsimile: (213) 487-0242

Attorneys for Intervenor-Defendant,
ALLIANCE OF CALIFORNIANS FOR
COMMUNITY EMPOWERMENT ACTION

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOUTHERN CALIFORNIA RENTAL HOUSING ASSOCIATION,<br><br>v.<br><br>Plaintiff<br><br>COUNTY OF SAN DIEGO, BOARD OF SUPERVISORS OF THE COUNTY OF SAN DIEGO, and DOES 1 through 20, inclusive,<br><br>Defendants | Case No. 3:21-cv-00912-L-DEB<br><br>INTERVENOR-DEFENDANT ACCE ACTION'S NOTICE OF JOINDER AND JOINDER IN DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT [FRCP 12(b)(6)]<br><br>Date:  July 19, 2021<br>Time:  10:00 a.m.<br>Judge: Hon. M. James Lorenz<br>Dept:  5B<br>Magistrate Judge: Daniel E. Butcher<br>Action Filed: May 13, 2021 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT pursuant to Local Rule 7.1(j), Intervenor-Defendant ACCE Action hereby joins Defendant COUNTY OF SAN DIEGO'S (erroneously sued under the additional name "Board of Supervisors of the County of San Diego") Motion to Dismiss Plaintiff's Complaint [FRCP 12(b)(6)], ECF No. 16, in its entirety.

Dated: June 4, 2021

LEGAL AID SOCIETY OF SAN DIEGO, INC.

By:/s/ *Joanne Franciscus*

Joanne L. Franciscus
110 S. Euclid Ave.
San Diego, California 92114
Telephone:        (877) 534-2524 x2663
Facsimile:        (619) 263-5697
Email:        JoanneF@lassd.org

WESTERN CENTER ON LAW AND POVERTY

Nisha N. Vyas
Lorraine López
Richard Rothschild
3701 Wilshire Blvd. #208
Los Angeles, CA 90010
Telephone:   (213) 487-7211
Facsimile:   (213) 487-0242
Email:        nvyas@wclp.org
            rrothschild@wclp.org

Attorneys for Intervenor-Defendants,
ALLIANCE OF CALIFORNIANS FOR
COMMUNITY EMPOWERMENT ACTION

INTERVENOR-DEFENDANT ACCE ACTION'S NOTICE OF JOINDER AND JOINDER IN
DEFENDANT'S MOTION TO DISMISS
CASE NO. 21-CV-0912-L-DEB