JOHN P. COOLEY, Senior Deputy (SBN 162955)
JEFFREY P. MICHALOWSKI, Senior Deputy (SBN 248073)
Office of County Counsel, County of San Diego
1600 Pacific Highway, Room 355
San Diego, California 92101-2469
Telephone: (619) 531- 4892; Fax: (619) 531-6005
E-mail: john.cooley@sdcounty.ca.gov

Attorneys for COUNTY OF SAN DIEGO (erroneously sued under the additional name "Board of Supervisors of the County of San Diego")

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SOUTHERN CALIFORNIA RENTAL HOUSING ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SAN DIEGO, BOARD OF SUPERVISORS OF THE COUNTY OF SAN DIEGO, and DOES 1 through 20 inclusive,<br><br>Defendants. | No. 21-cv-0912-L-DEB<br><br>AMENDED NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT [FRCP 12(b)(6)]<br><br>**NO ORAL ARGUMENT**<br><br>Date: July 19, 2021<br>Time: 10:00 a.m.<br>Judge: M. James Lorenz<br>Dept.: 5B<br>Magistrate Judge: Daniel E. Butcher<br><br>Action Filed: May 13, 2021 |

TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:

AMENDED NOTICE IS HEREBY GIVEN that on July 19, 2021 at 10:00 a.m., Defendant County of San Diego (erroneously sued under the additional name "Board of Supervisors of the County of San Diego") will and hereby does move the Court, located at 221 West Broadway, San Diego, in Department 5B before the Honorable M. James Lorenz, for an order dismissing the Complaint. **There will be no oral argument on the motion.**

///

21cv0912

This motion is brought pursuant to Federal Rule of Civil Procedure 12(b)(6) on the grounds that the Complaint, and all causes of action contained therein, fails to state a claim upon which relief can be granted.

This motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities filed herewith, the Declaration of John P. Cooley, the Request for Judicial Notice, the pleadings and papers on file herein and upon such other matters as may be presented to the Court at the time of the hearing.

DATED: July 6, 2021      Office of County Counsel

By   s/John P. Cooley
JOHN P. COOLEY, Senior Deputy
Attorneys for COUNTY OF SAN DIEGO
E-mail: john.cooley@sdcounty.ca.gov