PAUL J. BEARD II (State Bar No. 210563)
FISHERBROYLES LLP
4470 W. Sunset Blvd., Suite 93165
Los Angeles, CA 90027
Telephone: (818) 216-3988
Facsimile: (213) 402-5034
E-mail: paul.beard@fisherbroyles.com

Attorneys for Plaintiff
SOUTHERN CALIFORNIA RENTAL HOUSING ASSOCIATION

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOUTHERN CALIFORNIA RENTAL HOUSING ASSOCIATION,<br><br>　　　　Plaintiff<br><br>　　v.<br><br>COUNTY OF SAN DIEGO, BOARD OF SUPERVISORS OF THE COUNTY OF SAN DIEGO, and DOES 1 through 20, inclusive,<br><br>　　　　Defendants. | Case No.: 3:21-cv-00912-L-DEB<br><br>Judge:　Judge M. James Lorenz<br><br>**PLAINTIFF'S MOTION FOR EXPEDITED RULING ON MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date:　June 21, 2021<br>Time:　10:00 a.m.<br>Room:　5B<br><br>Complaint Filed:　May 13, 2021<br>Trial Date:　None set |

1
MOTION FOR EXPEDITED RULING

By this motion, Plaintiff respectfully requests an expedited ruling on its motion for preliminary injunction.

On May 24, 2021, Plaintiff filed that motion, seeking to preliminarily enjoin Defendant County of San Diego's eviction moratorium, which bars all evictions in the County.

Briefing was completed five weeks ago, on June 15, 2021. No hearing was held on the motion.

Plaintiff claims that the eviction moratorium violates rental housing owners' fundamental property rights, unconstitutionally impairs contracts, and exceeds the County's jurisdiction insofar as it purports to bar evictions outside the incorporated areas of the County. The motion is supported by a number of declarations, from rental housing owners and tenants alike, showing the extraordinary harm that the eviction moratorium is wreaking on their day-to-day lives. Each day the moratorium is in effect is another day that rental housing owners, their families, their employees, and their good tenants suffer irreparable injury, as the law unconscionably bans the removal of even the most disruptive, nuisance-creating tenant. *Melendres v. Arpaio*, 695 F.3d 990, 1002 (9th Cir. 2012) ("[I]t is well established that the deprivation of constitutional rights 'unquestionably constitutes irreparable injury.'").

Based on the foregoing, Plaintiff respectfully requests that the Court expedite its ruling on the motion for preliminary injunction.

DATED: July 20, 2021

/s/ Paul Beard II

PAUL BEARD II
Attorney for Plaintiff SOUTHERN CALIFORNIA RENTAL HOUSING ASSOCIATION