UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOUTHERN CALIFORNIA RENTAL HOUSING ASSOCIATION,<br><br>v.<br><br>Plaintiff<br><br>COUNTY OF SAN DIEGO, BOARD OF SUPERVISORS OF THE COUNTY OF SAN DIEGO, and DOES 1 through 20, inclusive,<br><br>Defendants | Case No. 3:21-cv-00912-L-DEB<br><br>**ORDER DENYING MOTION TO DISMISS AS MOOT AND GRANTING LEAVE TO RE-FILE [ECF NO. 16]** |

Pending before the Court is Defendants' motion to dismiss. [ECF No. 16.] In light of the Ninth Circuit decision finding that the Ordinance at issue in this case has expired and that the "case is moot," the Court **DENIES** the pending motion to dismiss as moot. *See Southern Cal. Rental Housing v. County of San Diego*, No. 21-55798 at *2, 2022 WL 16832819 (9th Cir. 2022)

//

//

To the extent there are remaining issues to be addressed, Defendants may re-file the motion to dismiss no later than January 16, 2022.

IT IS SO ORDERED.

Dated: December 5, 2022

_____
Hon. M. James Lorenz
United States District Judge