UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOUTHERN CALIFORNIA RENTAL HOUSING ASSOCIATION,<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF SAN DIEGO et al,<br><br>    Defendants. | Case No.: 21cv0912-L-DEB<br><br>**ORDER DENYING MOTION FOR RECONSIDERATION AND REQUESTING LEAVE TO RE-FILE AS MOOT**<br><br>**[ECF No. 43]** |

Pending before the Court is a Motion for Reconsideration of Order Denying Defendants' Motion to Dismiss filed by Plaintiff Southern California Rental Housing Association. [ECF No. 43.]

Plaintiff seeks reconsideration of this Court's December 5, 2022, Order [ECF No. 42] contending the Court should not have dismissed Defendants' motion to dismiss as moot, but instead should have decided Defendants' motion on its merits. On January 16, 2023, Defendant timely re-filed a motion to dismiss pursuant to the December 5, 2022 Order. [ECF No. 46].

//
//
//

1    Accordingly, Plaintiff's motion for reconsideration is denied as moot.

2    **IT IS SO ORDERED**

3    Dated: April 3, 2023

4    Hon. M. James Lorenz
     United States District Judge