PAUL J. BEARD II (State Bar No. 210563)
FISHERBROYLES LLP
4470 W. Sunset Blvd., Suite 93165
Los Angeles, CA 90027
Telephone: (818) 216-3988
Facsimile: (213) 402-5034
E-mail: paul.beard@fisherbroyles.com

Attorneys for Plaintiff
SOUTHERN CALIFORNIA RENTAL HOUSING ASSOCIATION

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOUTHERN CALIFORNIA RENTAL HOUSING ASSOCIATION,<br><br>     Plaintiff<br><br>     v.<br><br>COUNTY OF SAN DIEGO, BOARD OF SUPERVISORS OF THE COUNTY OF SAN DIEGO, and DOES 1 through 20, inclusive,<br><br>     Defendants. | Case No.: 3:21-cv-00912-L-DEB<br><br>Judge:     Judge M. James Lorenz<br><br>**PLAINTIFF'S AMENDED REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO DEFENDANT COUNTY OF SAN DIEGO'S "REVISED" MOTION TO DISMISS**<br><br>Date:   February 27, 2023<br>Time:   10:30 a.m.<br>Room:   5B<br><br>Complaint Filed:   May 13, 2021  Trial Date:           None set |

1  Plaintiff requests this Court to take judicial notice, pursuant to Rule 201 of the
2  Federal Rules of Evidence, of Exhibit 1 attached to the accompanying declaration of
3  Paul Beard II.
4  The Exhibit is a public record showing statistics associated with the COVID-19
5  pandemic within the County of San Diego, created by the County and accessible on its
6  official website.
7  DATED: May 22, 2023

/s/ Paul Beard II
_____
PAUL BEARD II
Attorney for Plaintiff SOUTHERN CALIFORNIA
RENTAL HOUSING ASSOCIATION