PAUL J. BEARD II (State Bar No. 210563)
FISHERBROYLES LLP
4470 W. Sunset Blvd., Suite 93165
Los Angeles, CA 90027
Telephone: (818) 216-3988
Facsimile: (213) 402-5034
E-mail: paul.beard@fisherbroyles.com

Attorneys for Plaintiff
SOUTHERN CALIFORNIA RENTAL HOUSING ASSOCIATION

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SOUTHERN CALIFORNIA RENTAL HOUSING ASSOCIATION,<br><br>    Plaintiff<br><br>    v.<br><br>COUNTY OF SAN DIEGO, BOARD OF SUPERVISORS OF THE COUNTY OF SAN DIEGO, and DOES 1 through 20, inclusive,<br><br>    Defendants. | Case No.:  3:21-cv-00912-L-DEB<br><br>Judge:    Judge M. James Lorenz<br><br>**DECLARATION OF PAUL BEARD II IN SUPPORT OF PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE**<br><br>Date:   February 27, 2023<br>Time:   10:30 a.m.<br>Room:  5B<br><br>Complaint Filed:  May 13, 2021<br>Trial Date:       None set |

I, Paul Beard II, declare and state as follows:

1. I am an attorney licensed to practice law in the State of California and am attorney of record for Plaintiff. I have personal knowledge of the facts stated herein and, if called to testify, would and could testify thereto.

2. Attached as Exhibit 1 are true and correct copies of public records that I obtained from the County of San Diego's official website, concerning statistics on COVID-19's impacts (cases, hospitalizations, deaths, etc.) within the County.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: May 22, 2023

/s/ Paul Beard II
_____
PAUL BEARD II
Attorney for Plaintiff SOUTHERN CALIFORNIA RENTAL HOUSING ASSOCIATION