PAUL J. BEARD II (State Bar No. 210563)
FISHERBROYLES LLP
453 S. Spring St., Ste. 400-1458
Los Angeles, CA 90013
Telephone: (818) 216-3988
E-mail: paul.beard@fisherbroyles.com

Attorneys for Plaintiff
SOUTHERN CALIFORNIA RENTAL HOUSING ASSOCIATION

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOUTHERN CALIFORNIA RENTAL HOUSING ASSOCIATION,<br><br>Plaintiff<br><br>v.<br><br>COUNTY OF SAN DIEGO, BOARD OF SUPERVISORS OF THE COUNTY OF SAN DIEGO, and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No.: 3:21-cv-00912-L-DEB<br><br>Judge:   Judge M. James Lorenz<br><br>**NOTICE OF DISMISSAL**<br><br><br>Complaint Filed:  May 13, 2021<br>Trial Date:       None set |

Pursuant to Rule 41(a)(1)(A), Plaintiff hereby dismisses this action.

DATED: March 4, 2024

/s/ Paul Beard II
_____
PAUL BEARD II
Attorney for Plaintiff SOUTHERN CALIFORNIA RENTAL HOUSING ASSOCIATION